IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                              **Case No. 03-40010-01**
                                            **11-4009-RDR**

MARK D. HUGGINS,

        Defendant.

## **O R D E R**

Defendant has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255. The court hereby directs the government to file a response to defendant's motion by March 7, 2011. Defendant shall then have time until March 28, 2011 to reply to the government's response.

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2011 at Topeka, Kansas.

                                              s/Richard D. Rogers
                                              United States District Judge